IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONALD B. MARKS, | ) | CIV. NO. 14-00571 HG-BMK |
| Plaintiff, | ) | |
| vs. | ) | |
| DEPARTMENT OF PUBLIC SAFETY; SHARI L. KIMOTO, Mainland/FDC Branch Administrator; JOHN IOANE, Mainland.FDC Branch Contract Monitor; et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 29, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Motion for Remand" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: February 23, 2015, Honolulu, Hawaii.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge